IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILIMER JEROME KNIGHT,**

    Plaintiff,

v.                                           Civil Action No. **3:10CV351**

**J. WOODY,** *et al.,*

    Defendants.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation is ACCEPTED and ADOPTED;

2. The action is DISMISSED;

3. Knight's Motion for Default Judgment (Docket No. 19) is DISMISSED; and,

4. The Clerk is DIRECTED to note the disposition of the action for purpose of 28 U.S.C. § 1915.

Knight is advised that he has the right to appeal the decision of the Court. Should he wish to do so, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a written notice of appeal may result in the loss of the right to appeal.

The Clerk of the Court is DIRECTED to send a copy of the accompanying Memorandum Opinion and this Order to Knight.

    It is so ORDERED.

Date: 1/11/12
Richmond, Virginia

/s/
James R. Spencer
United States District Judge